**Order entered January 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00595-CV

**BILLY AND CANDACE SCHOPPE, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-10731**

## ORDER

Before the Court is appellants Billy Schoppe and Candace Shoppe's November 21, 2013 Motion for Reinstatement and December 19, 2013 Supplement to the Motion for Reinstatement. Subsequent to the motion and supplement, the parties filed letter briefs at the invitation of the Court. Having considered the foregoing, this Court is of the opinion that appellants' motion should be denied. *See* TEX. R. APP. P. 8.3(a); 11 U.S.C.A. § 362(d).

Appellants' motion for reinstatement is **DENIED** without prejudice.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE